IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YOLANDA WATSON | : | |
| | : | |
| | : | JURY OF TWELVE DEMANDED |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| HOMEWOOD SUITES BY HILTON, et al | : | |
| | : | No.: 21-04985 |
| | : | |
| Defendants | : | |

## STIPULATION OF DISMISSAL OF DEFENDANT, HOMEWOOD SUITES BY HILTON

Plaintiff, Yolanda Watson ("Plaintiff") and Defendants, Homewood Suites by Hilton and Hersha Hospitality Management, LP, by and through their undersigned attorneys, hereby stipulate and agree to dismiss Defendant, Homewood Suites by Hilton **only,** from the above captioned civil action, with prejudice. This dismissal does not apply to Hersha Hospitality Management, LP.


 s/ Graham F. Baird                               s/ Thomas J. Szymanski

Graham F. Baird, Esq.                          Thomas J. Szymanski, Esq.

Law Office of Eric A. Shore, P.C.         FordHarrison, LLP

Attorney for Plaintiff, Yolanda Watson   Attorney for Defendants


Dated: 1/21/2022

**BY THE COURT:**

*Dated:  January 21, 2022*

*/s/ Mitchell S. Goldberg*
**, U.S.D.J.**